IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PETER MARKOVINA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 09-239J |
| ) | Magistrate Judge Bissoon |
| ) | |
| WARDEN JOHN YOST et al., ) | |
| ) | |
| Respondents. ) | |

## ORDER (§2241)

IT IS HEREBY ORDERED that the United States Marshal shall make service of this order, together with a copy of the petition, upon the Respondent, Warden John Yost, and upon the United States Attorney for the Western District of Pennsylvania at U.S. Post Office and Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, Pennsylvania, by certified mail, costs to be advanced by the United States.

IT IS FURTHER ORDERED that within sixty (60) days of service of this order, the Respondents shall respond to the allegations of the petition for writ of habeas corpus.


October 29, 2009                    s/ Cathy Bissoon
                                    CATHY BISSOON
                                    UNITED STATES MAGISTRATE JUDGE


cc:
Peter Markovina- 07394-068
FCI Loretta
P.O. Box 1000
Loretto, PA 15940