IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PETER MARKOVINA, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 09-239J |
| | ) Magistrate Judge Bissoon |
| WARDEN JOHN YOST et al., | ) |
| Respondents. | ) |

FILED 2009 NOV 27 AM 8:57 CLERK US DISTRICT COURT

ORDER (§2241)

IT IS HEREBY ORDERED that the United States Marshal shall make service of this order, together with a copy of the petition, upon the Respondent, Warden John Yost, and upon the United States Attorney for the Western District of Pennsylvania at U.S. Post Office and Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, Pennsylvania, by certified mail, costs to be advanced by the United States.

IT IS FURTHER ORDERED that within sixty (60) days of service of this order, the Respondents shall respond to the allegations of the petition for writ of habeas corpus.

October 29, 2009

s/ Cathy Bissoon
CATHY BISSOON
UNITED STATES MAGISTRATE JUDGE

cc:
Peter Markovina- 07394-068
FCI Loretta
P.O. Box 1000
Loretto, PA 15940

10/29/09

**Certified Mail Receipt 1**

Article Number: 7160 3901 9849 9189 6392

3. Service Type: CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee)
1. Article Addressed to:

John Yost, Warden
FCI Loretto
P.O. Box 1000
Loretto, PA 15940

A. Received by (Please Print Clearly): S. JAMES
B. Date of Delivery: 11-5-09
C. Signature: [signature] — Agent

Reference Information:
9-239J, O.P, 11/4/09
srb

PS Form 3811, January 2005   Domestic Return Receipt

---

**Certified Mail Receipt 2**

Article Number: 7160 3901 9849 9189 6365

3. Service Type: CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee)
1. Article Addressed to:

United States Attorney
U.S. Courthouse Post Office
700 Grant Street
Suite 400
Pittsburgh, PA 15219

A. Received by (Please Print Clearly): N. T. Puskar
B. Date of Delivery: 11/6/09
C. Signature: [signature]

Reference Information:
9-239J, O.P, 11/4/09
srb

PS Form 3811, January 2005   Domestic Return Receipt

---

**Certified Mail Receipt 3**

Article Number: 7160 3901 9849 9189 6334

3. Service Type: CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee)
1. Article Addressed to:

United States Attorney General
Department of Justice
10th & Constitution, NW
Washington, DC 20530

NOV 12 2009

Reference Information:
9-239J, O.P, 11/4/09
srb

PS Form 3811, January 2005   Domestic Return Receipt